UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO ALBIZU APONTE, et al.,
   Plaintiffs,

v.    CASE NUMBER: 97-2398 (HL)

JULIO MORALES, et al.
   Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/9/99  **Docket #** 44<br>[ ] Plffs  [X] Defts  [ ] Other<br>**Title:** Motion Requesting Leave to File Documents in Spanish | **Denied.** Defendants shall file English translations by **October 29, 1999**, or the exhibits will be stricken from the record. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/21/99  **Docket #** 45<br>[X] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion Requesting Extension | **Granted.** Plaintiffs requested, and are granted, an extension until October 22, 1999, to respond to defendants' motion for Summary Judgment filed on September 9, 1999.<br>**No further extensions shall be granted.** |

Date  10/6/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:        #


