Case 3:97-cv-02398-HL   Document 54   Filed 12/21/1999   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO ALBIZU APONTE, et al.,
    Plaintiffs,

v.                                        CASE NUMBER: 97-2398 (HL)

JULIO MORALES, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 12/15/99<br>Docket # 53<br>[X] Plff  [X] Defts  [ ] Other<br>Title: Settlement Stipulation | The Court hereby approves the proposed settlement stipulation (Dkt. No. 53), whereby defendants agree to pay plaintiffs $32,000.00 including any costs or expenses, and accordingly dismisses plaintiffs' claims with prejudice. |

Date 12/20/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

