ENTERED ON DOCKET
12/21/99
PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
99 DEC 21 PM 12:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PEDRO ALBIZU APONTE, et al.,
    Plaintiffs,

v.           CASE NUMBER: 97-2398 (HL)

JULIO MORALES, et al.,
    Defendants.

## JUDGMENT

The Court having approved the parties' settlement stipulation (**Dkt. no. 53**), judgment is hereby entered dismissing this case with prejudice.

Date 12-20-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

