UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Pedro Albizu Aponte, et als.,
       v.
Julio Morales, et als.

CASE NUMBER 97-2398 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/8/00    **Docket # 57**<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion for return of funds | The motion requesting withdrawal of funds is hereby granted. Accordingly, the Clerk of the Court is hereby ordered to draw a check in the principal amounts designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEES             AMOUNT<br>Pedro Albizu Aponte and     $32,000.00<br>Harry Anduze Montano, Esq.<br><br>The check shall be mailed to Plaintiff's attorney of record. |

Date 3/21/00

HECTOR M. LAFFITTE
U.S. District Judge

Rec'd:      EOD:

By:      #